# EXHIBIT B

CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.



**JASON H. ALPERSTEIN**
**Of Counsel**

2222 Ponce De Leon Blvd.
Miami, FL 33134
Tel.: (973) 994-1700
Fax: 973-994-1744
Email: jalperstein@carellabyrne.com

Jason Alperstein focuses his practice exclusively on the litigation of complex class actions, including cases involving automotive safety defects, mass torts, and data breaches. As a tireless advocate for consumers throughout his career, Jason has a long track record of success in helping implement significant business reforms, recovering billions of dollars for those injured by fraudulent schemes and deceptive and unfair business practices.

Jason was an integral member of the team that litigated *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, & Prods. Liab. Litig.*, No. 15-md- 2672 (N.D. Cal.), prosecuting claims on behalf of almost 600,000 consumers who were duped into purchasing and leasing Volkswagen, Audi, and Porsche vehicles that were fraudulently and falsely marketed as environmentally friendly. Jason was involved in almost all aspects of the litigation, which resulted in a series of settlements that totaled well over $17 billion, the largest consumer automotive settlement in history.

On the heels of the landmark "Clean Diesel" settlement, Jason helped obtain an $840 million global settlement in *In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Prods. Liab. Litig.*, No. 3:17-md-02777-EMC (N.D. Cal.), which involved similar misconduct. Jason was also involved in some of the nation's most significant consumer privacy cases, including *In re Yahoo! Inc. Customer Data Security Breach Litig.*, No. 5:16-md-02752-LHK (N.D. Cal.), which resulted in a $117.50 million recovery after the largest data breach in history.

Prior to these landmark recoveries, Jason served on lead and co-lead litigation teams in nationwide and statewide class action lawsuits against dozens of the nation's largest banking institutions in connection with the unlawful assessment of checking account overdraft fees. His efforts resulted in over $250 million in settlements for his clients and significant changes in how banks charge overdraft fees to their customers. Most recently, Jason was appointed co-lead counsel in several class actions involving insurers' failure to pay the "actual cash value" on first-party total loss vehicle claims, including in *Paris, et al. v. Progressive American Ins. Co., et al.*, No. 19-cv-21761 (S.D. Fla.), where he obtained a $38 million settlement on behalf of Florida insureds.

Jason has repeatedly been recognized by several leading industry organizations for his success in his class action practice. *Benchmark Litigation* has named him to its 40 & Under Hot List four years in a row (2018-2021), Law360 recognized him as a Consumer Protection Rising

Star in 2017, and from 2014-2019 he was selected as a Florida Super Lawyer "Rising Star" in the Class Action & Mass Tort category. Jason is also a frequent speaker on issues pertaining to class action practice and procedure.

A graduate of Brown University, Jason earned his law degree, cum laude, from the University of Miami School of Law, where he was a member of the Business Law Review. Jason also obtained a Master of Business Administration in Finance from the University of Miami School of Business, where he was a Graduate Assistant Scholar.

Before practicing law, Jason served as an intern for United States Senator Bob Graham in Washington, D.C., and as an intern for Wolf Blitzer Reports in CNN's Washington, D.C. bureau.

**Practice Areas**

- Class Action
- Litigation

**Bar Admissions**

- Florida
- New York

**Court Admissions**

- United States Court of Appeals for the Fourth Circuit
- United States Court of Appeals for the Ninth Circuit
- United States Court of Appeals for the Sixth Circuit
- United States District Court for the Middle District of Florida
- United States District Court for the Northern District of Florida
- United States District Court for the Southern District of Florida
- United States District Court for the Eastern District of New York
- United States District Court for the Southern District of New York
- United States District Court for the Eastern District of Michigan
- United States District Court for the Western District of Michigan
- United States District Court for the Northern District of Illinois

**Honors**

- *Law360*, Consumer Protection Rising Star, 2017
- *Benchmark Litigation*, 40 & Under Hot List, 2018-2021
- *Super Lawyers*, Rising Star in Class Action & Mass Tort category, 2014-2019

**Education**

- Brown University, B.A., 2004
- University of Miami School of Business, M.B.A., 2008
- University of Miami School of Law, J.D., 2008

CARELLA BYRNE
CECCHI BRODY
AGNELLO, P.C.

**CLASS ACTION RESUME**

Formed in 1976, Carella Byrne is one of the leading law firms in the New Jersey – New York metropolitan area, serving a diverse clientele ranging from small businesses to Fortune 500 corporations. Carella Byrne's class action practice - founded and led by James E. Cecchi - is one of the preeminent consumer class action firms in the State of New Jersey and across the United States. Mr. Cecchi has held leadership positions in many of the nation's most complex and important consumer class actions effecting consumer rights in the last ten years.

## NOTABLE MATTERS

- *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2672 (N.D. Cal.) (Hon. Charles R. Breyer) (James Cecchi appointed to Steering Committee and as Settlement Class Counsel in a case arising out of alleged consumer fraud from the use of a defeat device to evade U.S. emissions regulations; settlement in excess of $15 billion)

- *In re: Takata Airbag Products Liability Litigation*, MDL No. 2599 (S.D. Fla.) (Hon. Frederico A. Moreno) (James Cecchi appointed to Steering Committee and as Settlement Class Counsel in a case arising out of alleged consumer fraud for defective airbags; settlement in excess of $1.5 billion)

- *In re: National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio) (Hon. Dan A. Polster) (James Cecchi appointed to Plaintiffs' Executive Committee relating to marketing of opioid drugs; settlement value in excess of $50 billion)

- *In re: Mercedes-Benz Emissions Litigation*, Civil Action No. 16-cv-881 (D.N.J.) (Hon. Kevin McNulty) (James Cecchi appointed as Co-Lead Counsel in a case arising out of the alleged use of a defeat

device to evade U.S. emissions regulations; settlement value in excess of $700 million)

- *In re: Vytorin/Zetia Marketing, Sales Practices and Products Liability Litigation*, MDL No. 1938 (D.N.J.) (Hon. Dennis M. Cavanaugh); *In re Schering-Plough/Enhance Securities Litigation*, Civil Action No. 08-cv-397 (D.N.J.) (Hon. Dennis M. Cavanaugh); *In re Merck & Co., Inc. Vytorin/Zetia Securities Litigation*, Civil Action No. 08-cv-2177 (D.N.J.) (Hon. Dennis M. Cavanaugh) (James Cecchi appointed as Co-Lead Counsel in Consumer Cases which settled for $41.5 million and as Liaison Counsel in Securities Cases which collectively settled for in excess of $688 million)

- *In re: Liquid Aluminum Sulfate Antitrust Litigation*, MDL No. 2687 (D.N.J.) (Hon. Jose L. Linares) (James Cecchi appointed as Lead Counsel and secured a settlement of greater than $100 million)

## DATA PRIVACY AND DATA BREACH MATTERS

- *In re: Fortra File Transfer Software Data Security Breach Litigation*, MDL No. 3090 (S.D. Fla.) (Hon. Rodolfo A. Ruiz II) (James Cecchi appointed as Federal Coordination and Settlement Liaison Counsel) ($27 million combined settlement)

- *In re: AT&T Customer Data Security Breach Litigation*, MDL No. 3114 (N.D. Tex.) (Hon. Ada E. Brown) (James Cecchi appointed to Executive Committee; settlement of $177 million) (*pending final approval*)

- *John Doe v. Kaiser Permanente*, Civil Action No. 3:23-cv-2865 (N.D. Cal.) (Hon. Edward M. Chen) (James Cecchi appointed as Co-Lead Counsel; settlement for a $46 million common fund) (*pending final approval*)

- *In re: PowerSchool Holdings, Inc., and PowerSchool Group, LLC Customer Data Security Breach Litigation*, MDL No. 3149 (SD. Cal.) (Hon. Roger T. Benitez) (James Cecchi appointed as Sole Lead Counsel for the class action on behalf of School Districts) (*ongoing*)

- *In re: American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, MDL No. 2904 (D.N.J.) (Hon. Jamel K. Semper) (James Cecchi appointed as Sole Lead Counsel; litigation ongoing, $6.3 million settlement with CareCentrix, Inc.) (*ongoing*)

- *In re: Change Healthcare, Inc. Customer Data Security Breach Litigation*, MDL No. 3108 (D.M.N.) (James Cecchi appointed to Steering Committee) (*ongoing*)

- *In re: T-Mobile 2022 Customer Data Security Breach Litigation*, MDL No. 3073 (W.D. Mo.) (James Cecchi appointed as Co-Lead Counsel) (*ongoing*)

- *In re: Conduent Business Services Data Breach Litigation*, Civil Action No. 2:25-cv-16953 (D.N.J.) (Hon. Michael E. Farbiarz) (James Cecchi appointed as Co-Lead Counsel) (*ongoing*)