**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANTHONY DELGADO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCADIEN, P.C., CPAS,<br><br>Defendant. | Civil Action No. 3:26-cv-1773-MAS-TJB<br><br>**[PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING INTERIM LEAD COUNSEL, AND ENTRY OF SCHEDULING ORDER** |
| SANDRA HENRY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCADIEN, P.C., CPAS,<br><br>Defendant. | Civil Action No. 3:26-cv-1820-MAS-TJB |
| VINCENT PALMERI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCADIEN SECURITIES, LLC,<br><br>Defendant. | Civil Action No. 3:26-cv-1822-MAS-TJB |
| BATOVYHA BLUGH-CORKE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCADIEN, P.C., CPAS,<br><br>Defendant. | Civil Action No. 3:26-cv-1825-MAS-TJB |

| | |
|---|---|
| ONEIKA JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCADIEN, P.C., CPAS,<br><br>Defendant. | Civil Action No. 3:26-CV-2012-MAS-TJB |

WHEREAS, the above Actions seek to represent a class of individuals allegedly damaged by the cyber security incident disclosed by Defendant on or about December 1, 2025;

WHEREAS, between February 23 and 25, Plaintiffs Anthony Delgado, Sandra Henry, Vincent Palmeri, Batovyha Blugh-Corke and Oneika Johnson each filed a separate lawsuit against Defendant emanating from the same nucleus of operative facts;

WHEREAS, Plaintiffs agree that these five lawsuits involve common issues of law and fact, and consolidation will enable more efficient case management by the Court and avoid unnecessary costs and delays by avoiding duplicative discovery and motion practice in each case;

THIS MATTER having been opened to the Court by counsel for Plaintiffs, in the presence of all counsel of record, and the Court having read the papers, and on notice to counsel for Defendant, and good cause appearing,

IT IS THIS ________ day of March, 2025

ORDERED as follows:

**A. Consolidation of the Actions**

1. Pursuant Fed. R. Civ. P. 42(a), the above-captioned Actions are hereby consolidated for all purposes.

2. The Clerk shall establish a Docket for the Actions under Civil Action No. 3:26-cv-1773-MAS-TJB. All papers filed in the Actions shall be filed on the Docket and shall bear the caption:

| | |
|---|---|
| *In re Mercadien, P.C., CPAs* | Civil Action No. 3:26-cv-1773-MAS-TJB |

3. Any actions related to the Actions that are subsequently filed in or transferred to this District, or to be filed or transferred, shall be consolidated herewith.

**B. <u>Appointment of Interim Class Counsel</u>**

4. Scott Edward Cole of Cole & Van Note, Jason H. Alperstein of Carella, Byrne, Cecchi, Brody & Agnello, P.C. ("Carella Byrne"), and Anthony L. Parkhill of Barnow & Associates, P.C., are hereby appointed as Co-Lead Interim Lead Counsel on behalf of Plaintiffs and the putative Classes.

5. In their capacity as Co-Lead Interim Lead Counsel, Mr. Cole, Mr. Alperstein and Mr. Parkhill shall coordinate Plaintiffs' pretrial activities and shall:

a. Determine (after such consultation with the Interim Class Counsel as may be appropriate) and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and Defendant the position of Plaintiffs on all matters arising during pretrial proceedings;

b. Coordinate the initiation and conduct of discovery on behalf of Plaintiffs consistent with the requirements of Fed. R. Civ. P. 26, including the preparation of master interrogatories and master requests for production of documents and coordinate the examination of witnesses in depositions;

c. Coordinate discovery efforts with other plaintiffs' counsel to ensure that discovery is conducted in an efficient, orderly, and non-duplicative manner;

d. Conduct and coordinate settlement negotiations;

e. Delegate specific tasks to other counsel or committees of counsel, as authorized by the Court, in a manner to ensure that pretrial preparation is conducted efficiently and effectively;

f. Enter into stipulations with opposing counsel (after such consultation with other members of the Interim Lead Counsel and/or other plaintiffs' counsel as may be appropriate) as necessary for the conduct of the litigation;

g. Prepare and distribute periodic status reports to the parties;

h. Maintain adequate time and disbursement records covering services for all Plaintiff counsel;

i. Monitor the activities of co-counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

j. Perform such other duties as may be incidental to proper coordination of Plaintiffs' pretrial activities or authorized by further order of the Court;

k. Appoint additional committees, as necessary, including but not limited to expert, discovery, trial, and settlement committees;

l. Serve as an intermediary between Plaintiffs' counsel and the Court;

m. Prepare agendas for court conferences and periodically report regarding the status of the case;

n. Maintain and distribute to co-counsel an up-to-date service list;

o. Receive and, as appropriate, distribute to co-counsel orders from the Court and documents from opposing parties and counsel;

p. Establish and/or maintain a document depository;

q. Maintain and make available to co-counsel at reasonable hours a complete file of all documents served by or upon each party except such documents as may be available at a document depository; and

r. Carry out other such duties as the Court may order.

**C. Filing of a Consolidated Complaint**

1. By agreement of the Parties, the following deadline is hereby ordered:

   a. Plaintiffs will serve a Consolidated Complaint ("Complaint") within 45 days of the Court's Order.

Dated: __________________

______________________________________

THE HONORABLE MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE