PIERSON FERDINAND

IRENE ORIA
PARTNER

333 SE 2nd Ave., Suite 2000
Miami, FL 33131

Direct: 786.873.4603
Email: irene.oria@pierferd.com

July 16, 2026

**VIA ECF**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

**Re:** ***In re Mercadien, P.C., CPAs*** **(3:26-cv-1773-MAS-TJB)**

**Request for consolidation of additional actions and confirmation that the Court's June 1, 2026 Order (ECF No. 14) applies to all consolidated actions**

Dear Judge Bongiovanni:

The undersigned represents Defendant Mercadien, P.C., CPAs ("Mercadien") in the above referenced actions. The following seven actions arise out of the same 2025 cyber incident experienced by Mercadien which is the subject of ten actions previously consolidated under *In re Mercadien, P.C., CPAs*, Civil Action No. 3:26-cv-1773-MAS-TJB ("Consolidated Action"):

*Middlebrook v. Mercadien, P.C., CPAs, et al.* (3:26-cv-07023-MAS-TJB)
*Johnson v. Mercadien, P.C., CPAs, et al.* (3:26-cv-07976-MAS-TJB)
*Monninger v. Mercadien, P.C., CPAs, et al.* (3:26-cv-08122-MAS-TJB)
*Dries v. Mercadien, P.C., CPAs, et al.* (3:26-cv-08382-MAS-TJB)
*Cozette v. Mercadien, P.C., CPAs, et al.* (3:26-cv-08494-MAS-TJB)
*Williams v. Mercadien, P.C., CPAs, et al.* (3:26-cv-08502-MAS-TJB)
*Prakash v. Mercadien, P.C., CPAs, et al.* (3:26-cv-08540-MAS-TJB)

Pursuant to Your Honor's Order entered June 1, 2026 in the Consolidated Action (ECF No. 14), "[a]ny actions related to the [Consolidated Action] that are subsequently filed in or transferred to this District, or to be filed or transferred, shall be consolidated [with the Consolidated Action]." As such, Defendant Mercadien respectfully requests that Your Honor direct the Clerk of Court to consolidate the seven actions identified above with the Consolidated Action.

The following five actions were previously consolidated with the Consolidated Action pursuant to the Court's July 10, 2026 Order (ECF No. 17):

*Becker v. Mercadien, P.C., CPAs, et al.* (3:26-cv-07016-MAS-TJB)
*Lowe v. Mercadien, P.C., CPAs, et al.* (3:26-cv-07015-MAS-TJB)
*Spitzer v. Mercadien, P.C., CPAs, et al.* (3:26-cv-07020-MAS-TJB)
*Pirone v. Mercadien, P.C., CPAs, et al.* (3:26-cv-07054-MAS-TJB)
*Jackson v. Mercadien, P.C., CPAs, et al.* (3:26-cv-07871-MAS-TJB)

Defendant Mercadien respectfully requests that Your Honor confirm that the terms of the June 1, 2026 Order (ECF No. 14), including the adjournment of deadlines until following submission on or before October 15, 2026 of an update to the Court regarding the status of ADR, apply to (a) the seven actions listed above pending consolidation, (b) the five actions listed above that were consolidated pursuant to the Court's July 10, 2026 Order (ECF No. 17), and (c) any subsequently consolidated actions.

A proposed order is attached and will be submitted to tjb_orders@njd.uscourts.gov in Word format.

Respectfully submitted,

PIERSON FERDINAND

*/s/ Irene Oria*
Irene Oria