Paul A. Rosenthal
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, New Jersey 07932
Tel: (973) 549-7030
Fax: (973) 360-9831
paul.rosenthal@faegredrinker.com

*Attorneys for Mid Penn Bancorp, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re MERCADIEN, P.C., CPAs* | Civil Action No. 3:26-cv-1773-MAS-TJB<br><br>**NOTICE OF MOTION TO ADMIT CRAIG R. HEEREN *PRO HAC VICE*** |

TO: THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that, as soon as counsel may be heard, Defendant Mid Penn Bancorp, Inc. ("Mid Penn"), by and through its undersigned counsel, shall move before this Court pursuant to Local Civil Rule 101.1(c) for an Order admitting Craig R. Heeren *pro hac vice* in connection with this matter.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within motion, the undersigned shall rely on the enclosed Declaration of Paul A. Rosenthal and Declaration of Craig R. Heeren. A proposed form of order also is submitted herewith.

Dated: July 22, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: *\/s/ Paul A. Rosenthal*

Paul A. Rosenthal
600 Campus Drive
Florham Park, New Jersey 07932
Tel: (973) 549-7030
Fax: (973) 360-9831
paul.rosenthal@faegredrinker.com

*Attorneys for Mid Penn Bancorp, Inc.*