**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re MERCADIEN, P.C., CPAs* | Civil Action No. 3:26-cv-1773-MAS-TJB<br><br>**[PROPOSED] ORDER GRANTING CRAIG R. HEEREN ADMISSION *PRO HAC VICE*** |

THIS MATTER having been brought before the Court by Defendant Mid Penn Bancorp, Inc. ("Mid Penn") for an Order admitting Craig R. Heeren to appear and participate in this action *pro hac vice*; and the Court having considered the Declaration of Paul A. Rosenthal and the Declaration of Mr. Heeren; and for good cause shown pursuant to Local Civil Rule 101.1(c);

IT IS on this __________ day of ____________________, 2026, hereby

**ORDERED** that the application for the *pro hac vice* admission of Mr. Heeren is GRANTED;

**IT IS FURTHER ORDERED** that Mr. Heeren shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court;

**IT IS FURTHER ORDERED** that Mr. Heeren is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process

may be made for all actions against counsel that may arise from counsel's participation in this matter;

**IT IS FURTHER ORDERED** that Faegre Drinker Biddle & Reath LLP shall: (a) be attorneys of record in this case in accordance with Local Civil Rule 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the cause and counsel in this matter;

**IT IS FURTHER ORDERED** that Mr. Heeren shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to New Jersey Court Rule 1:28-2(a), for each year in which counsel represents the client in this matter; and

**IT IS FURTHER ORDERED** that Mr. Heeren shall pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3).

____________________________________