Paul A. Rosenthal
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, New Jersey 07932
Tel: (973) 549-7030
Fax: (973) 360-9831
paul.rosenthal@faegredrinker.com

*Attorneys for Mid Penn Bancorp, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re MERCADIEN, P.C., CPAs* | Civil Action No. 3:26-cv-1773-MAS-TJB<br><br>**DECLARATION OF PAUL A. ROSENTHAL IN SUPPORT OF MOTION TO ADMIT CRAIG R. HEEREN *PRO HAC VICE*** |

I, PAUL A. ROSENTHAL, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney at law of the State of New Jersey and a partner with the law firm of Faegre Drinker Biddle & Reath LLP, attorneys for Defendant Mid Penn Bancorp, Inc. ("Mid Penn") in the above-captioned matter. I make this Declaration in support of Mid Penn's application pursuant to Local Civil Rule 101.1(c) to admit out-of-state attorney Craig R. Heeren *pro hac vice* to appear and participate in the within cause of action as co-counsel on behalf of Mid Penn. I have personal knowledge of the matters stated herein.

2. Craig R. Heeren is a partner at the law firm of Faegre Drinker Biddle & Reath LLP, having offices located at 1177 Avenue of the Americas, 41st Floor, New York, New York 10036.

3. Mid Penn has retained Mr. Heeren, as well as myself, to provide representation in connection with this action.

4. As set forth in his declaration, Mr. Heeren is a member in good standing of the Bar of the State of New York and admitted to practice in the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York.

5. As set forth in his declaration, Mr. Heeren is not under suspension or disbarment by any court. Also as set forth in his certification, no disciplinary proceedings are pending against him in any jurisdiction and no discipline has been previously imposed upon him in any jurisdiction.

6. If admitted *pro hac vice*, Mr. Heeren will make payments to the New Jersey Lawyers' Fund for Client Protection and will adhere to the requirements of Local Civil Rule 101.1(c).

7. If admitted *pro hac vice*, Mr. Heeren shall pay $250.00 to the Clerk of the District Court of New Jersey pursuant to Local Civil Rule 101.1(c)(3).

8. I acknowledge and accept all of the requirements contained in Local Civil Rule 101.1(c) as well as all other rules that may be applicable in the event Mr.

Heeren is permitted to appear and participate in this action on behalf of Mid Penn. In that regard, I will remain responsible for the conduct of Mr. Heeren if he is admitted *pro hac vice* and will ensure that he complies with Local Civil Rule 101.1(c) and either I or another attorney in good standing of the bar of New Jersey and the bar of this Court who is employed by Faegre Drinker Biddle & Reath LLP will be present for all court appearances, and will sign all pleadings and submissions.

9. Faegre Drinker Biddle & Reath LLP will be responsible for the conduct of Mr. Heeren in this litigation, and as local counsel will adhere to the requirements of Local Civil Rule 101.1(c).

I declare under penalty of perjury to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: July 22, 2026

*/s/ Paul A. Rosenthal*

Paul A. Rosenthal