Paul A. Rosenthal
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, New Jersey 07932
Tel: (973) 549-7030
Fax: (973) 360-9831
paul.rosenthal@faegredrinker.com

*Attorneys for Mid Penn Bancorp, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re MERCADIEN, P.C., CPAs* | Civil Action No. 3:26-cv-1773-MAS-TJB<br><br>**DECLARATION OF CRAIG R. HEEREN IN SUPPORT OF MOTION FOR HIS ADMISSION *PRO HAC VICE*** |

I, CRAIG R. HEEREN, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at a law firm of Faegre Drinker Biddle & Reath LLP, having offices located at 1177 Avenue of the Americas, 41st Floor, New York, New York 10036.

2. I make this Declaration in support of Defendant Mid Penn Bancorp, Inc.'s ("Mid Penn") motion for my admission *pro hac vice* in the above-captioned action pursuant to Local Civil Rule 101.1.

3. I am an active member in good standing of the Bar of the State of New York, to which I was admitted in 2009. The official roll of members of the Bar of New York is maintained by the Office of Court Administration, Attorney Registration Unit, at 25 Beaver Street, Room 840, New York, NY 10004.

4. I am also admitted to practice in the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York.

5. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed upon me in any jurisdiction.

6. I have an attorney-client relationship with Mid Penn, and Mid Penn has requested that I appear together with Paul A. Rosenthal and other attorneys from Faegre Drinker Biddle & Reath LLP to represent them in this matter.

7. Pursuant to Local Civil Rule 101.1(c), I have designated Mr. Rosenthal as attorney of record for Mid Penn in this matter, a member in good standing of the Bar of this Court, and with whom the Court and opposing counsel may communicate regarding the conduct of this case.

8. I am familiar with the local civil rules of the United State District Court for the District of New Jersey and will abide by those rules. I further agree to submit to the jurisdiction of this Court for the purposes of sanctions discipline, or other such action as the Court may deem proper.

9. If admitted *pro hac vice*, I shall make prompt payment to the New Jersey Lawyers' Fund for Client Protection, as provided by New Jersey Court Rule 1:28-2(a), for any year in which I continue to appear in this matter.

10. If admitted *pro hac vice*, I will adhere to the requirements of District of New Jersey Local Civil Rule 101.1(c), and I shall make prompt payment to the Clerk of the United States District Court for the District of New Jersey, as provided by Local Civil Rule 101.1(c).

I declare under penalty of perjury to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: July 22, 2026

*/s/ Craig R. Heeren*
Craig R. Heeren