Paul A. Rosenthal
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, New Jersey 07932
Tel: (973) 549-7030
Fax: (973) 360-9831
paul.rosenthal@faegredrinker.com

*Attorneys for Mid Penn Bancorp, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re MERCADIEN, P.C., CPAs* | Civil Action No. 3:26-cv-1773-MAS-TJB<br><br>**CERTIFICATE OF SERVICE** |

I, PAUL A. ROSENTHAL, hereby certify pursuant to 28 U.S.C. § 1746 that on this date I caused true copies of: (1) Defendant Mid Penn Bancorp, Inc.'s Notice of Motion to Admit Craig R. Heeren *pro hac vice* (the "Motion"); (2) the Declaration of Paul A. Rosenthal in support of the Motion; (3) the Declaration of Craig R. Heeren in support of the Motion; (4) a Proposed Order granting the Motion; and (5) this Certificate of Service to be served on counsel of record via the Court's ECF system.

I certify under penalty of perjury to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: July 22, 2026

*/s/ Paul A. Rosenthal*
Paul A. Rosenthal