CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
11/21/33 – 11/4/23

DONALD F. MICELI
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

OF COUNSEL
PETER G. STEWART
CARL R. WOODWARD, III
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN

RAYMOND J. LILLIE
GREGORY G. MAROTTA
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY
NESLIHAN Z. TALU
PATRICK J. DOHERTY

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY

August 19, 2026

**VIA ECF**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

Re: *In re Mercadien, P.C., CPAs*
Civil Action No. 3:26-cv-1773-MAS-TJB

Dear Judge Bongiovanni:

I am Interim Co-Lead Counsel for Plaintiffs in the above-referenced consolidated action and write in connection with Your Honor's June 1, 2026 Order Consolidating Actions, Appointing Interim Lead Counsel, and Entry of Scheduling Order [Dkt. No. 14] ("Order"). Pursuant to the Order, "[a]ny actions related to the Actions that are subsequently filed in or transferred to this District, or to be filed or transferred, shall be consolidated herewith." *Id.* at 3.

Subsequent to entry of the Order, the following case was filed in this District, but not yet consolidated: *Creel v. Mercadien, P.C., CPAS, et al.*, Case No. 3:26-cv-9387-MAS-TJB. Accordingly, pursuant to the Order, Plaintiffs respectfully request that Your Honor direct the Clerk of Courts to consolidate the *Creel* action into this consolidated action

If this request meets with Your Honor's approval, please kindly So Order this letter and return it to the Parties through the Court's ECF system. We thank Your Honor for your continued attention to this matter.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.

/s/ Jason H. Alperstein
JASON H. ALPERSTEIN

It is SO ORDERED as of this ____ day of __________, 2026.

____________________________________
HON. TONIANNE J. BONGIOVANNI, U.S.M.J.