CARELLA BYRNE
CECCHI BRODY
AGNELLO, P.C.

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
11/21/33 – 11/4/23

DONALD F. MICELI
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

OF COUNSEL
PETER G. STEWART
CARL R. WOODWARD, III
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN

RAYMOND J. LILLIE
GREGORY G. MAROTTA
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY
NESLIHAN Z. TALU
PATRICK J. DOHERTY

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY

September 24, 2026

**<u>VIA ECF</u>**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

Re: *In re Mercadien, P.C., CPAs*
<u>Civil Action No. 3:26-cv-1773-MAS-TJB</u>

Dear Judge Bongiovanni:

I am Interim Co-Lead Counsel for Plaintiffs in the above-referenced consolidated action and write together with Defendant Mercadien, P.C., CPAs ("Mercadien") to provide an update on mediation. In addition, Plaintiffs write to respectfully request that the Court permit Plaintiffs and Mercadien to engage in limited discovery in advance of the upcoming mediation, and to permit Plaintiffs to file a Consolidated Complaint. Mercadien does not oppose either request.

As the Court is aware from Plaintiffs' March 24, 2026 letter [Dkt. No. 5 at 8], the Parties had agreed to explore the possibility of early resolution and anticipated engaging a mediator to assist with that process. That mediation had been scheduled to take place on October 7, 2026, before Bennet G. Picker, a private mediator skilled in mediating cybersecurity cases such as this one. Pursuant to the Parties' request, the deadlines in this action have been adjourned pending submission by the Parties of an update to the Court by October 15, 2026, regarding the result of that mediation session. *See* Dkt. Nos. 14.

Since then, 14 additional cases have been filed in this District against Mercadien and its customers (*i.e.*, data owners), all of which have been consolidated into this action by the Court. *See* Dkt. Nos. 17, 19, 27, 28. Notice of the 2025 cybersecurity incident that is the subject of this litigation (the "Incident") has been issued by or on behalf of several of these data owners, while notice by or on behalf of other data owners is expected to be issued in the coming weeks. Additional cases against other of Mercadien's customers are also expected to be filed and consolidated with this action.

Given the expanding scope of this litigation and the status of notice regarding the Incident that has yet to be issued, it has been necessary to reschedule the mediation before Mr. Picker to December 4, 2026, to ensure a productive and meaningful mediation. Accordingly, the Parties respectfully request that the Court permit the Parties to provide an update to the Court regarding the status of their scheduled mediation by December 11, 2026, and adjourn all deadlines until following the Parties' submission.

In addition, for the past several months the Parties have been engaging in informal discovery in advance of their mediation. Plaintiffs now request that the Court permit Plaintiffs and Mercadien to engage in limited formal discovery regarding the Incident in order to further facilitate the Parties' mediation efforts. Accordingly, this letter requests the Court's approval to engage in targeted discovery relating to data impacted in the Incident, and to seek the following information:

(1) Information Regarding Notices Issued by Mercadien: (a) the identity of data owners on whose behalf Mercadien issued or expects to issue letters to individuals informing them that their data was impacted in the Incident, (b) the number of such individuals as to each identified data owner, and (c) the data elements impacted in relation to each identified data owner;

(2) Information Regarding Notices Issued by Data Owners: To the extent known by Mercadien, (a) the identity of data owners that either issued or will be issuing letters to individuals informing them that their data was impacted in the cybersecurity incident, (b) the number of such individuals as to each identified data owner, and (c) the data elements impacted in relation to each identified data owner; and

(3) Contracts and indemnification agreements between Mercadien and the data owners identified in response to items 1 and 2 above, plus associated contractual information, pursuant to a stipulated protective order and confidentiality agreement.

Moreover, given the number of cases and Defendants that are now at issue in this litigation, Plaintiffs request that the Court permit them to file a Consolidated Complaint that names each of those Defendants in order to streamline and organize this litigation more efficiently. Plaintiffs request that they be permitted to file the Consolidated Complaint within 45 days of the Court's order permitting same and that the Court continue the stay of any deadline for Defendants to respond to the Consolidated Complaint until after the Parties' December 11, 2026 submission regarding the outcome of mediation.

If the above requests meets with Your Honor's approval, please kindly So Order this letter and return it to the Parties through the Court's ECF system. Additionally, please note that the parties will be submitting a stipulated protective order and confidentiality agreement for Your Honor's consideration.

We thank Your Honor for your continued attention to this matter. Should Your Honor have any questions regarding the Parties' mediation, proposed limited formal discovery, or the filing of a Consolidated Complaint, we are available at your convenience.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.

/s/ Jason H. Alperstein
JASON H. ALPERSTEIN

cc: All Counsel (via ECF)

It is SO ORDERED as of this 6th day of October, 2026.

HON. TONIANNE J. BONGIOVANNI, U.S.M.J.